No. 98–2054.   JOBE, ASSIGNEE OF AIR NEW ORLEANS, INC. *v.* ATR MARKETING, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 98–2055.   DUNN ET AL. *v.* COMMODITY FUTURES TRADING COMMISSION.   C. A. 2d Cir.   Certiorari denied.

No. 98–2057.   NORTON ET UX., AS PARENTS OF NORTON, A MINOR *v.* ORINDA UNION SCHOOL DISTRICT.   C. A. 9th Cir.   Certiorari denied.

No. 98–2058.   R. M. S. TITANIC, INC., SUCCESSOR IN INTEREST TO TITANIC VENTURES, LIMITED PARTNERSHIP *v.* HAVER ET AL. C. A. 4th Cir.   Certiorari denied.

No. 98–2061.   PI ET AL. *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 98–8002.   MARTINEZ *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 98–8051.   DEWBERRY *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 98–8159.   TURPIN *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.   C. A. 7th Cir.   Certiorari denied.

No. 98–8318.   BARRAZA *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 98–8359.   GONZALEZ *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 98–8551.   BEETS *v.* KAUTZKY, DIRECTOR, IOWA DEPARTMENT OF CORRECTIONS.   C. A. 8th Cir.   Certiorari denied.

No. 98–8571.   SHEPPARD *v.* UNITED STATES;
No. 98–8589.   SHEPPARD *v.* UNITED STATES;
No. 98–8604.   SHEPPARD *v.* UNITED STATES;
No. 98–8614.   BROWN *v.* UNITED STATES; and
No. 98–9006.   EDWARDS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.   Reported below: 159 F. 3d 1117.